```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 06701
   MARIE C VILME
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-5852


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/09/2006 and was confirmed 09/21/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/16/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00            .00            .00
WFS FINANCIAL              SECURED           8503.38        1057.89        4143.30
WFS FINANCIAL              UNSECURED        NOT FILED          .00            .00
AVIS RENT A CAR SYSTEM I   UNSECURED        NOT FILED          .00            .00
BLUEGREEN CORP             SECURED NOT I    6989.50            .00            .00
CAPITAL ONE                UNSECURED         3214.64           .00         2577.87
PORTFOLIO RECOVERY         UNSECURED          491.69           .00          394.29
B-LINE LLC/CHASE BANK US   UNSECURED          749.10           .00          600.71
RESURGENT CAPITAL SERVIC   UNSECURED        12708.65           .00        10191.28
HSBC AUTO FINANCE          UNSECURED        NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED          480.06           .00          384.96
GENERAL ELETRIC            UNSECURED          361.10           .00          289.58
CAPITAL ONE                UNSECURED          491.00           .00            .00
SELECT LEGAL PC            DEBTOR ATTY      1,100.00                      1,100.00
TOM VAUGHN                 TRUSTEE                                        1,464.11
DEBTOR REFUND              REFUND                                         1,850.01

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   24,054.00

PRIORITY                                             .00
SECURED                                         4,143.30
    INTEREST                                    1,057.89
UNSECURED                                      14,438.69
ADMINISTRATIVE                                  1,100.00
TRUSTEE COMPENSATION                            1,464.11
DEBTOR REFUND                                   1,850.01
                         ---------------    ---------------
TOTALS                    24,054.00            24,054.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 06701 MARIE C VILME
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE